UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC CASUALTY
INSURANCE COMPANY,

                Plaintiff,

    v.

FORTHRIGHT CONSTRUCTION, INC.,
WONDER WORKS CONSTRUCTION CORP.,
VASILIS AFTOUSMIS, and CONSTANTIA
AFTOUSMIS,

                Defendants.
------------------------------------------------------------X

JUDGE BAER

07 CV 11264

Case No. _____



## PLAINTIFF ATLANTIC CASUALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Atlantic Casualty Insurance Company, a non-governmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and is a wholly-owned subsidiary of Strickland Insurance Group, Inc. It also has the following corporate affiliates:

Strickland Insurance Brokers, Inc. and American Claims Service, Inc.

Dated: New York, New York
       December 13, 2007

                                      Respectfully submitted,

                                      **NIXON PEABODY LLP**

                                      By: _Cyril E. Smith_____
                                      Aidan M. McCormack (AM3017)
                                      Cyril E. Smith (CS8359)
                                      *Attorneys for Plaintiff*
                                      *Atlantic Casualty Insurance Company*
                                      437 Madison Avenue
                                      New York, New York 10022
                                      (212) 940-3000