AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-18-07 |
| NAME OF SERVER (PRINT) MICHAEL ABBRUZZESE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: DENIS MCCARTHY'S ADMINISTRATIVE ASSISTANT @ 366 CANAL PLACE BRONX NEW YORK

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-18-07
_____
Date    Signature of Server

16 Eths Place Lynbrook NY 11563
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ATLANTIC CASUALTY INSURANCE COMPANY

V.

ELJIN CONSTRUCTION, JOHN McGRAW, MARJORIE McGRAW, and JOAN GRANLUND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11264**

**JUDGE BAER**

TO: (Name and address of Defendant)

Mr. Dennis McCarthy
Eljin Construction
732 Quaker Road
Chappaqua, New York 10514

Mr. Dennis McCarthy
Eljin Construction
366 Canal Place
Bronx, New York 10451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aidan M. McCormack (AM3017)
Cyril E. Smith (CS8359)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL McMAHON

DEC 1 4 2007

(CLERK) /s/ Marcos Quintero

DATE

(By) DEPUTY CLERK