AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  *12-18-07* |
| NAME OF SERVER (PRINT)  *MICHAEL ABBRUZZESE* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: *SUSAN, THE CONCIERGE for 825 5TH AVENUE NEW YORK, NY (212) 838-0800*

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *12-18-07*
          Date

Signature of Server: *Michael Abbruzzese*

Address of Server: *16 Eth Place Lynbrook NY 11563*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/ ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ATLANTIC CASUALTY INSURANCE COMPANY

V.

ELJIN CONSTRUCTION, JOHN McGRAW,
MARJORIE McGRAW, and JOAN GRANLUND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11264**

**JUDGE BAER**

TO: (Name and address of Defendant)

Mr. and Mrs. John and Marjorie McGraw
825 Fifth Avenue
Apt. 15A
New York, New York 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aidan M. McCormack (AM3017)
Cyril E. Smith (CS8359)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEC 1 4 2007

CLERK MICHAEL McMAHON          DATE

(By) DEPUTY CLERK