UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
ATLANTIC CASUALTY INSURANCE
COMPANY,                                                                Case No. 07 CV 11264 (HB)

                     Plaintiff,

      -against-

ELJIN CONSTRUCTION, JOHN
MCGRAW, MARJORIE MCGRAW,
and JOAN GRANLUND,

                     Defendants
--------------------------------------------------------------------

### DEFENDANT ELJIN CONSTRUCTION'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to consider possible disqualification or recusal, defendant, Eljin Construction, by its attorney, Newman & Okun, P.C., states that it is a non-governmental corporate entity, it is not publicly traded, it is wholly owned by Dennis McCarthy, and it does not have any parent of subsidiary entities.

Dated: New York, New York
      January 23, 2008                                                  Respectively Submitted;

                                                                  NEWMAN & OKUN, P.C.
                                                        By:
                                                        Eric M. Babat (EB-5573)
                                                        *Attorneys for Defendant*
                                                        *Eljin Construction*
                                                        8 West 38th Street, 9th Fl.
                                                        New York, New York 10018
                                                        (212) 642-0950

TO:

NIXON PEABODY, LLP
Attorneys for Plaintiff
ATLANTIC CASUALTY INSURANCE CO.
437 Madison Avenue
New York, New York 10022
(212) 940-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
ATLANTIC CASUALTY INSURANCE
COMPANY,

                    Plaintiff,

    -against-

ELJIN CONSTRUCTION, JOHN
MCGRAW, MARJORIE MCGRAW,
and JOAN GRANLUND,

                    Defendants
-----------------------------------------------------------------

Case No. 07 CV 11264 (HB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )

     HAL BERMAN, being duly sworn, deposes and says:

     That I am not a party to the within action and am over the age of 18 years, and reside in Brooklyn, New York.

     That on the 29th day of January, 2008, I served DEFENDANT ELJIN CONSTRUCTION'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official United States Postal Service depository under the exclusive care and custody of the United States Postal Service, within the State of New York, upon:

NIXON PEABODY, LLP
Attorneys for Plaintiff
ATLANTIC CASUALTY INSURANCE CO.
437 Madison Avenue
New York, New York 10022

                                        HAL BERMAN

Sworn to before me on this
29th day of January, 2008

_____
NOTARY PUBLIC

DARREN SEILBACK
Notary Public, State of New York
No. 02SE6124082
Qualified in New York County
Commission Expires March 21, 2009