UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ATLANTIC CASUALTY
INSURANCE COMPANY,

         Plaintiff,

         Case No. 1:07-cv-11264

v.

ELJIN CONSTRUCTION, JOHN MCGRAW,
MARJORIE MCGRAW, and JOAN GRANLUND,

         Defendants.
----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure Rule 41(a), Plaintiff Atlantic Casualty Insurance Company, by and through its attorneys, Nixon Peabody LLP, and Defendants Eljin Construction, John McGraw, Marjorie McGraw, and Joan Granlund hereby stipulate and agree to the dismissal of the above coverage action with prejudice and without costs to any party as against another.

Dated: February 19, 2008
       New York, New York

_____
Aidan M. McConnack (AMM 3017)
Cyril E. Smith (CES 8359)
*Attorneys for Plaintiff*
*Atlantic Casualty Insurance Company*
437 Madison Avenue
New York, New York 10022
Tel. No.: (212) 940-3000
Fax No.: (212) 940-3111

_____
Eric Babat, Esq. (EB-5173)
Newman & Okun, P.C.
*Attorneys for Defendant*
*Eljin Construction*
8 West 38th Street, 9th Floor
New York, New York 10018
Tel. No.: (212) 642-0950
Fax No.: (212) 642-0953

Alan C. Kelhoffer, Esq.
Lambert & Weiss
Counselors At Law
*Attorneys for John and Marjorie McGraw*
61 Broadway
New York, New York 10006
Tel. No.: (212) 344-3100
Fax No.: (212) 422-4047


*[signature]*

Rose Cotter, Esq.
Eustace & Marquez
*Attorneys for Defendant*
Ms. Joan Granlund
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel. No.: (914) 989-6672
Fax No.: (914) 989-6638

_____
Alan C. Kelhoffer, Esq.
Lambert & Weiss
Counselors At Law
*Attorneys for John and Marjorie McGraw*
61 Broadway
New York, New York 10006
Tel. No.: (212) 344-3100
Fax No.: (212) 422-4047

_____
Rose Cotter, Esq.
Eustace & Marquez
*Attorneys for Defendant*
Ms. Joan Granlund
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel. No.: (914) 989-6672
Fax No.: (914) 989-6638

*The Clerk is instructed to close this matter + remove it from my docket.*

_____
Harold Baer, Jr., U.S.D.J.
Date: 2/29/08